**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2333**

———————

PAUL S. BRUCE,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
P&O PORTS BALTIMORE, INCORPORATED, formerly
known as ITO Corporation of Baltimore,

Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(01-756)

———————

Submitted: July 31, 2003          Decided: September 2, 2003

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner. Michael
W. Prokopik, David J. Schmitz, FRANKLIN & PROKOPIK, Baltimore,
Maryland, for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul S. Bruce seeks review of the Benefits Review Board's decision and order denying his motion to reconsider its order affirming the administrative law judge's finding that he had a two percent partial permanent disability of the right foot pursuant to § 8(c)(4) of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901-950 (2000).  Our review of the record discloses that the Board's decision is rational, based upon substantial evidence, and in accordance with law.  Thus, the Board's decision is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  See Bruce v. Director, OWCP, No. 01-756 (B.R.B. Sept. 23, 2002 & May 22, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2